IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LIBERTY FARMS, LLC, | ) | Case No. 10 B 23584 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF MOTION**

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on April 21, 2011, at 10:00 a.m., I shall appear before the Honorable Jack B. Schmetterer, or any other judge sitting in his stead, in Room 682, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Attorneys' Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses, a copy of which is attached hereto and thereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and APPLICATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 31st day of March 2011.

                                                                                /s/ Gregory K. Stern
                                                                                   Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

**Parties Served Via US Mail**

Liberty Farms, LLC
1181 Riverwoods Road
Lake Forest, Illinois 60045

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LIBERTY FARMS, LLC, | ) | Case No.  10 B 23584 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: April 21, 2011 |
| | ) | Time:           10:00 a.m. |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF COSTS AND EXPENSES**

Now Comes Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel of Gregory K. Stern, P.C. (the "Attorneys"), attorneys for Liberty Farms, LLC, Debtor and Debtor In Possession, and, pursuant to § 330 of the Bankruptcy Code, request that this Court enter an order allowing compensation of $22,079.00 for 74.20 hours of legal services rendered to the Chapter 11 Debtor In Possession, reimbursement of costs and expenses in the amount of $1,158.95 and payment of the unpaid balance of allowed compensation and reimbursement of costs and expenses totaling $7,237.95, and, in support thereof, states as follows:

1. On May 24, 2010, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of its property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157; and, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. In accordance with Bankruptcy Rule 2002, notice of this Application has been sent to the US Trustee, all creditors and parties in interest.

4. On or about May 24, 2010, the Debtor and Counsel entered into an agreement whereby Counsel agreed to represent the Debtor in a Chapter 11 case in consideration for the Debtor's agreement to pay for

1

professional services rendered in accordance with Counsel's hourly fee schedule in effect from time to time. Prior to filing Counsel received an advance payment retainer in the amount of $16,000.00.

5. The rates at which the Attorneys seek compensation are at or below their usual and customary hourly rates charged for bankruptcy work of this nature, performed for other clients.

6. On or about June 21, 2010, this Court entered an Order Authorizing Employment of Counsel authorizing the employment of the Attorneys, as counsel for the Debtor as Debtor In Possession, with all compensation and reimbursement of expenses subject to further order of this Court.

7. The Attorneys have not previously sought interim compensation.

8. The Attorneys have expended 74.20 hours of professional services from March 16, 2010, through March 29, 2011, as more fully set forth in the Time Sheets attached hereto and made a part hereof.

9. The professional services rendered from March 16, 2010, through March 29, 2011, have been separated into four (4) service categories, which have been separated and identified solely for the purposes of summarizing with specificity the services rendered on behalf of the Debtor In Possession and for the benefit of its estate. These service categories and the professional time spent within each category are as follows:

| SERVICE CATEGORY | HOURS |
|---|---|
| A. General Case Administration | 44.90 |
| B. General Claim Matters | 3.20 |
| C. Plan and Disclosure Statement | 18.50 |
| D. Professionals | 7.60 |
| **TOTAL:** | **74.20** |

10. The professional services were rendered within the service categories as follows:

A. **General Case Administration**: This service category involved 44.90 hours of services that included: **1)** Meetings, teleconferences and correspondence with Debtor's principal, Stephen Foran,

2

regarding representation of debtor in possession, books, records and information required, debtor in possession operations, investigation and documentation of assets, Operating Instructions and Reporting Requirements, operating reports, DIP account, insurance, payment of U.S. Trustee statutory fees, case status, notices, case goals and strategy, Chapter 11 Schedules and Statement of Financial Affairs, case disclosures, meeting of creditors; communications with parties in interest; **2)** Meetings, teleconferences and correspondence with creditors and creditor attorneys regarding Chapter 11 case and loan restructuring proposals; **3)** Meetings, teleconferences and correspondence with Stephen Foran regarding state court proceedings involving the Debtor, and motion for appointment of receiver for Debtor in state court proceedings; **4)** Meetings, teleconferences and correspondence with Stephen Foran and Debtor's accountants regarding preparation and revision of operating reports, preparation of state and federal tax returns and related tax issues; **5)** Meetings, teleconferences and correspondence with Stephen Foran regarding assumption or rejection of lease; **6)** Teleconferences and correspondence with Illinois Department of Revenue regarding Debtor's registration with State of Illinois, FEIN number and related tax issues; **7)** Reviewing Debtor's books, records, documents, insurance, tax returns, financial statements, corporate documents and other relevant documentation; **8)** Drafting Schedules of Twenty Largest Unsecured Creditors, Chapter 11 Schedules and Statement of Financial Affairs, Form 26, and Amended Schedules; **9)** Representation at meetings with U.S. Trustee and court hearings; **10)** Organizing and maintaining Debtor's files; and, **11)** General case administration matters.

B. **General Claim Matters -** This service category involved 3.20 hours of services related to the Debtor's interim use of cash collateral and representation at hearings regarding the Debtor's use of cash collateral. The services rendered in this service category generally included the following: **1)** Draft Motion to Set Claims Bar Date, notices, certificate of service and service list; **2)** Reviewing Claims Register, proofs of claims and attachments; **3)** Communications with creditors' attorneys regarding claims, and withdrawal of claims; **4)** Teleconferences and correspondence with IRS regarding proof of claim; and, **5)** Preparing and maintaining claim summary.

C. **Plan and Disclosure Statement** - This service category involved 18.50 hours of services

related to drafting the Debtor's Plan and Disclosure Statement, and included the following: **1)** Review proofs of claims and monthly operating reports; **2)** Draft and revise Chapter 11 Plan of Reorganization and Disclosure Statement; **3)** Teleconferences, correspondence and meetings with Debtor's principal, Stephen Foran, regarding Plan and Disclosure Statement; **4)** Teleconferences, correspondence and meetings with Debtor's principal, Stephen Foran, regarding option of confirmation and dismissal of Chapter 11 case; and **5)** Representation of Debtor at Plan and Disclosure Statement status hearings.

   D. **Professionals**: This service category involved 7.60 hours of professional services that included: **1)** Drafting Application to Employ Counsel, Affidavits, Notice and Order (.80 hours); **2)** Drafting Application to Employ Accountant, Affidavits, Notice and Order (1.40 hours); and, **3)** Drafting Attorney's Application for Compensation and reviewing timesheets (4.00 hours); and **4)** Representation at court hearings (1.4 hours).

   11. All of the professional services performed were actual and necessary for the proper representation of the Debtor as Chapter 11 Debtor in Possession and in furtherance of the Debtor's Plan of Reorganization confirmed on March 24, 2011; and, as such, all of the services rendered were authorized pursuant to this Court's June 21, 2010 Order Authorizing Employment Of Counsel and benefited the estate. No time has been included for services that are in the nature of clerical work. The Applicants state further that there has been no duplication of services by Gregory K. Stern, Monica C. O'Brien, James E. Hausler or Christina M. Riepel. In those instances where more than one attorney participated in any matter, such joint participation was necessary because of the complexity of the problem involved.

   12. The value of the professional services rendered by the Attorneys to the Debtor, as Debtor In Possession, covered by this Application is $22,079.00.

   13. Actual and necessary costs in the amount of $1,158.95 have been expended by Counsel as detailed on the Time Sheets attached to this Application. Costs include filing fees, postage, copying charges provided by an outside service, and copying charges at the rate of ten cents (.10) per copy.

**WHEREFORE**, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel pray for entry of an Order, pursuant to § 330 of the Bankruptcy Code, allowing Gregory K. Stern, P.C. compensation in the amount of $22,079.00 for actual and necessary professional services rendered and reimbursement in the amount of $1,158.95 for actual and necessary costs and expenses incurred; authorizing and directing the Debtor to pay the unpaid balance of allowed compensation and reimbursement of costs and expenses of $7,237.95 as a priority cost of administration; and, for such other relief as this Court deems just.

By:  /s/ Gregory K. Stern  
      Gregory K. Stern, Esq.

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558