**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LIBERTY FARMS, LLC. | ) | Case No. 10 B 23584 |
| | ) | |
| Debtor. | ) | **Honorable JACK B. SCHMETTERER** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: April 21, 2011 |
| | ) | Time: 10:00 a.m. Courtroom 682 |

**NOTICE OF MOTION**

To: Attached Service List

PLEASE TAKE NOTICE that on April 21, 2011, at the hour of 10:00 a.m., we shall appear before the Honorable JACK B. SCHMETTERER, Bankruptcy Judge, in the courtroom 682 in the Everett McKinley Dirksen building, 219 South Dearborn Street, Chicago, Illinois or before any other judge who may be sitting in his place and stead, and shall then and there present the I Initial and Final Application of Larry G. Goldsmith and C.J.B.S., LLC for Allowance of Initial and Final Compensation and Reimbursement of Costs and Expenses Incurred By Accountants for the Debtor, a copy of which is attached hereto and herewith served upon you.

**CERTIFICATE OF SERVICE**

I, Larry G. Goldsmith, an attorney and certified public accountant, hereby certify that I served the foregoing Notice of Motion and the document referred to herein upon the parties listed on the attached Service List by causing copies thereof to be mailed to them at the addresses shown, by first-class mail, postage prepaid, on the 31st day of March, 2011.

_____
Larry G. Goldsmith, CPA, JD

Larry G. Goldsmith, CPA, JD
C.J.B.S., LLC
2100 Sanders Rd suite 200
Northbrook, Illinois 60062
847-945-2888 (Fax: 847-945-9512)

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

**Parties Served Via US Mail**

Liberty Farms, LLC
1181 Riverwoods Road
Lake Forest, Illinois 60045

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LIBERTY FARMS, LLC | ) | Case No. 10-23584 |
| | ) | |
| Debtor. | ) | **Honorable Jack A. Schmetterer** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date:  April 21, 2011 |
| | ) | Time:  10:00 a.m. |
| | ) | Court Room: 682 |

**INITIAL AND FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJB&S, LLC FOR
ALLOWANCE OF INITIAL AND FINAL COMPENSATION
BY ACCOUNTANTS FOR THE DEBTOR**

NOW COMES Larry G. Goldsmith and Coleman Joseph Blitstein & Stuart LLC (collectively "CJB&S") and requests that this Court enter an Order allowing Initial and Final compensation for services rendered, and in support thereof states as follows:

1.      On July 21, 2010, the Court authorized the Debtor to employ Larry G. Goldsmith and CJB&S, LLC to assist the Debtor in connection with preparing and filing the necessary federal and state income tax returns, and provide required accounting professional services for a Debtor v. Possessor.

2.      This is CJB&S's Initial and Final fee application where CJB&S is seeking compensation in the amount of $8,679.50 and no reimbursement for expenses for the period July 16, 2010 to and including March 28, 2011.

3.      In preparing this Application, CJB&S has endeavored to comply with local Bankruptcy Rule 607 and the guidelines set forth in In re Continental Illinois Securities Litigation, 572 F. Supp. 931 (N.C. Ill. 1983), In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989) and In re Adventist Living Centers, Inc., 137 B.R. 692 Bankr. N.D. Ill. 1991).  In compliance therewith, CJB&S has presented the services rendered by category of activities, identifying the activates within the category chronologically, naming each person who performed the activity, with the number of hours spent by such person, and a description of the work

performed. The categories set forth in the statement of services attached as Exhibit A to this Application, together with an explanation of each category.

4. In rendering the above-described services, CJB&S has expended a total of 60.91 hours. The Overall Billing narrative attached as Exhibit A hereto sets forth the hourly rates in effect for each partner and staff member during the period covered by this Application. In Exhibits B, C and D, CJB&S has detailed the service by date, by service and by professional.

5. CJB&S asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services. CJB&S further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, CJB&S prays for the entry of an order allowing CJB&S fees for professional services rendered during this Final Application Period in the amount of $8,679.50 and no expenses having been incurred herein on behalf of the Estate, and direct the Debtor, Liberty Farms, LLC, to remit to Larry G. Goldsmith and CJB&S, LLC the sum of $8,679.50, and granting such other and further relief as is just.

COLEMAN JOSEPH BLITSTEIN & STUART LLC

_____
Larry G. Goldsmith, JD, CPA, CFFA

Larry G. Goldsmith, JD, CPA
CJB&S, LLC
2100 Sanders Road
Suite 200
Northbrook IL  60062
847-580-5427 direct
847-945-9512 fax