UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LIBERTY FARMS, LLC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 10-23584<br><br>Chapter: 11<br><br>Honorable Jack B. Schmetterer |

## FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtor's Chapter 11 case is hereby entered.

2. Court reserves juridiction to enforce plan and obligations to pay U.S. Trustee fees.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 03, 2011

**Prepared by:**

Gregory K. Stern (ID #6183380)
Monica C. O'Brien (ID #6216626)
James E. Hausler (ID #6292973)
Christina M. Riepel (ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558